In the Matter of the Application of JOHN F. FRANZ, Appellant, for a Peremptory Order of Mandamus against EUGENE M. HEINEY, as City Clerk of the City of New Rochelle, Respondent.— The decision of this court handed down on March 13, 1931,* is hereby amended to read as follows: Order denying motion for a peremptory mandamus order affirmed as a matter of law and not as a matter of discretion, with fifty dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell and Tompkins, JJ., concur; Scudder, J., dissents and votes for reversal.

In the Matter of the Application of JOHN E. HALLAREN, a Bankrupt, to Have a Certain Judgment of GLADALYN RICHTER, an Infant, by LOTTIE RICHTER, Her Guardian ad Litem, Canceled and Discharged of Record. LOTTIE RICHTER, as Guardian ad Litem for GLADALYN RICHTER, an Infant, etc., Judgment Creditor, Appellant. JOHN E. HALLAREN, Judgment Debtor, Respondent.— Order canceling and discharging judgment affirmed, without costs. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.

In the Matter of the Application of LOUISE SCHUSTER, Respondent, for a Construction of the Last Will and Testament of GEORGE SCHUSTER, Deceased, and for an Order Directing the Executors to Execute the Power of Sale Referred to Therein. ELSIE RONAN and Others, Appellants.— Decree of the Surrogate's Court of Westchester county unanimously affirmed, with costs to respondent payable out of the estate. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.